**FILED**
December 7, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GUILLERMO JOSE LEON RAMIREZ, ) <br> ) <br> Defendant. ) | Case No. 2:18MJ00238-KJN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  GUILLERMO JOSE LEON RAMIREZ , Case No.  2:18MJ00238-KJN , Charge  18USC § 922(g)(f) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X   Bail Posted in the Sum of $ 50,000.00

        x   Unsecured Appearance Bond $50,000.00

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔   (Other)     Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  December 7, 2018  at  2:37 pm  .

**The defendant shall be released Monday December 10, 2018 at 9:00 a.m.**

        By   /s/ Allison Claire/s/ Allison Claire
              Allison Claire
              United States Magistrate Judge

Copy 2 - Court